UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00052-RJC-DSC

| | |
|---|---|
| MOBILE TECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:18-cv-00052- |
| v. ) | RJC-DSC (Lead Case) |
| ) | |
| INVUE SECURITY PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MOBILE TECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:18-cv-00505- |
| v. ) | RJC-DSC |
| ) | |
| INVUE SECURITY PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING CONSOLIDATION OF CASES

**THIS MATTER** comes before the Court on Defendant's Motion to Consolidate the above-captioned cases, (Doc. No. 60), to which Plaintiff consents. For good cause shown, this Motion is **GRANTED. IT IS, THEREFORE, ORDERED** that these cases be consolidated into 3:18-cv-00052-RJC-DSC.

As required by LCvR 16.1, the parties will confer within **14 days** from the joinder of the issues to conduct the Initial Attorney's Conference and file the required

Utility Patent Certificate of Initial Attorneys' Conference for the consolidated actions within **7 days** thereafter including a new proposed discovery plan.

Signed: October 2, 2018

Robert J. Conrad, Jr.
United States District Judge