IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOBILE TECH., INC. d/b/a<br>MOBILE TECHNOLOGIES INC.<br>and MTI,<br>　　　　Plaintiff,<br>　vs.<br>INVUE SECURITY PRODUCTS INC.,<br>　　　　Defendant. | CASE NO. 3:18-cv-00052-RJC-DSC<br><br>JURY TRIAL DEMANDED |

## MOBILE TECH, INC.'S NOTICE REGARDING
## *INTER PARTES* REVIEW PROCEEDINGS

Plaintiff Mobile Tech, Inc. asserted two patents in its First Amended Complaint (Dkt. 68)—U.S. Patent Nos. 9,786,140 ("the '140 Patent") and 10,026,281 ("the '281 Patent"). On October 12, 2018, Defendant InVue Security Products Inc. filed two separate petitions for *inter partes* review ("IPR") under 35 U.S.C. § 311 with the Patent and Trial Appeal Board ("the Board") of the U.S. Patent and Trademark Office, challenging the validity of the '140 Patent. *See* Cases IPR2019-00078 & IPR2019-00079 (PTAB Oct. 12, 2018).

On May 1, 2019, the Board entered two separate rulings on Defendant's IPR petitions, and in each ruling, it **denied institution**. *See* Exs. A and B. Defendant, therefore, no longer has any pending matter before the U.S. Patent and Trademark Office in which the validity of the '140 Patent is being challenged.

Defendant also filed a separate petition on November 21, 2018 for post-grant review under 35 U.S.C. § 321 with the Board, challenging the validity of the '281 Patent. *See* PGR2019-00019 (PTAB Nov. 21, 2018). The Board has a statutory deadline to rule on that petition no later than June 6, 2019.

May 14, 2019.                               Respectfully submitted,

                                            PARKER POE ADAMS & BERNSTEIN LLP

                                            By: *s/ Eric H. Cottrell*
                                                Eric H. Cottrell (N.C. Bar No. 21994)
                                                Richard S. Glaser, Jr. (N.C. Bar No. 13998)
                                                Three Wells Fargo Center
                                                401 South Tryon Street, Suite 3000
                                                Charlotte, NC 28202
                                                P: (704) 335-9531
                                                F: (704) 334-4706
                                                rickglaser@parkerpoe.com
                                                ericcottrell@parkerpoe.com

                                                and

                                            THOMPSON COBURN LLP

                                                Alan H. Norman (Pro Hac Vice)
                                                David B. Jinkins (Pro Hac Vice)
                                                Steven E. Garlock (Pro Hac Vice)
                                                Matthew A. Braunel (Pro Hac Vice)
                                                One US Bank Plaza
                                                St. Louis, MO 63101
                                                P: (314) 552-6000
                                                F: (314) 552-7000
                                                anorman@thompsoncoburn.com
                                                djinkins@thompsoncoburn.com
                                                sgarlock@thompsoncoburn.com
                                                mbraunel@thompsoncoburn.com

                                                ***Attorneys for Plaintiff Mobile Tech. Inc.***

- 2 -

Case 3:18-cv-00052-RJC-DSC   Document 77   Filed 05/14/19   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

>DORITY & MANNING, P.A.
>
>Tim F. Williams (Fed. Id. 6276)
>Email: timw@dority-manning.com
>
>and
>
>MOORE & VAN ALLEN, PLLC
>
>J. Mark Wilson
>N.C. Bar Number 25763
>Email: markwilson@mvalaw.com
>
>***Attorneys for Defendant Invue Security Products, Inc.***

This 14th day of May, 2019.

>*s/ Eric H. Cottrell*
>Eric H. Cottrell (N.C. Bar No. 21994)
>Richard S. Glaser, Jr. (N.C. Bar No. 13998)
>Parker Poe Adams & Bernstein LLP
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, NC 28202
>P: (704) 335-9531
>F: (704) 334-4706
>rickglaser@parkerpoe.com
>ericcottrell@parkerpoe.com