IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOBILE TECH., INC. d/b/a<br>MOBILE TECHNOLOGIES INC.<br>and MTI,<br>      Plaintiff,<br>  vs.<br>INVUE SECURITY PRODUCTS INC.,<br>      Defendant. | CASE NO. 3:18-cv-00052-RJC-DSC<br><br>JURY TRIAL DEMANDED |

**MOBILE TECH, INC.'S NOTICE REGARDING
DENIAL OF DEFENDANT'S POST-GRANT REVIEW PETITION**

Plaintiff Mobile Tech, Inc. asserted two patents in its First Amended Complaint (Dkt. 68)—U.S. Patent Nos. 9,786,140 and 10,026,281. On November 21, 2018, Defendant InVue Security Products Inc. filed a petition for post-grant review under 35 U.S.C. § 321 with the Patent and Trial Appeal Board of the U.S. Patent and Trademark Office, challenging the validity of the '281 Patent. *See* Case PGR2019-00019 (PTAB Nov. 21, 2018).

On May 29, 2019, the Board entered a decision on InVue's petition, **denying institution**. *See* Ex. A. Defendant, therefore, no longer has any pending matter before the U.S. Patent and Trademark Office in which the validity of the '281 or '140 Patents are being challenged. As mentioned in Plaintiff's notice of May 14, 2019, the Board previously denied Plaintiff's challenges to the '140 Patent. *See* Dkt. No. 77.

June 4, 2019.

Respectfully submitted,

PARKER POE ADAMS & BERNSTEIN LLP

By: *s/ Eric H. Cottrell*
    Eric H. Cottrell (N.C. Bar No. 21994)
    Richard S. Glaser, Jr. (N.C. Bar No. 13998)
    Three Wells Fargo Center
    401 South Tryon Street, Suite 3000

Charlotte, NC 28202
P: (704) 335-9531
F: (704) 334-4706
rickglaser@parkerpoe.com
ericcottrell@parkerpoe.com

and

THOMPSON COBURN LLP

Alan H. Norman (Pro Hac Vice)
David B. Jinkins (Pro Hac Vice)
Steven E. Garlock (Pro Hac Vice)
Matthew A. Braunel (Pro Hac Vice)
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
anorman@thompsoncoburn.com
djinkins@thompsoncoburn.com
sgarlock@thompsoncoburn.com
mbraunel@thompsoncoburn.com

*Attorneys for Plaintiff Mobile Tech. Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification and serve same upon counsel of record via the Court's electronic case filing system, addressed as follows:

>DORITY & MANNING, P.A.
>
>Tim F. Williams (Fed. Id. 6276)
>Email: timw@dority-manning.com
>
>and
>
>MOORE & VAN ALLEN, PLLC
>
>J. Mark Wilson
>N.C. Bar Number 25763
>Email: markwilson@mvalaw.com
>
>***Attorneys for Defendant Invue Security Products, Inc.***

This 4th day of June, 2019.

>*s/ Eric H. Cottrell*
>Eric H. Cottrell (N.C. Bar No. 21994)
>Richard S. Glaser, Jr. (N.C. Bar No. 13998)
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, NC 28202
>P: (704) 335-9531
>F: (704) 334-4706
>rickglaser@parkerpoe.com
>ericcottrell@parkerpoe.com