# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00052-KDB-DSC

| | |
|---|---|
| MOBILE TECH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| INVUE SECURITY PRODUCTS INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Jason A. Pittman]" (document #89) filed October 23, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: October 24, 2019

_David S. Cayer_
United States Magistrate Judge