IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOBILE TECH., INC. d/b/a MOBILE TECHNOLOGIES INC. and MTI,<br><br>Plaintiff,<br><br>vs.<br><br>INVUE SECURITY PRODUCTS INC.,<br><br>Defendant. | CASE NO. 3:18-cv-00052-KDB-DSC |

## JOINT STATUS REPORT

Pursuant to the Court's March 5, 2020 Order (ECF No. 105) Mobile Tech, Inc. ("MTI") and InVue Security Products Inc. ("InVue") submit the following status report:

1. A non-final office action was issued in the *Ex Parte* Reexamination of the '140 patent (Reexamination Application No. 90/014,363) on February 13, 2020 and a response is due on June 13, 2020. MTI intends to file a written response.

2. A non-final office action was issued in the *Ex Parte* Reexamination of the '281 patent (Reexamination Application No. 90/014,366) on February 27, 2020 and a response is due on June 27, 2020. MTI intends to file a written response.

3. The parties also report that settlement discussions are taking place between the parties related to all pending litigation between the parties, including the above-captioned matter.

June 3, 2020

By *s/ J. Mark Wilson*
Tim F. Williams
DORITY & MANNING, P.A.

By *s/ Eric H. Cottrell*
David B. Jinkins (*Pro Hac Vice*)
Matthew A. Braunel (*Pro Hac Vice*)

P.O. Box 1449
Greenville, S.C. 29602-1449
Tel: 864-271-1592
Fax: 864-233-7342
timw@dority-manning.com

J. Mark Wilson
MOORE & VAN ALLEN, PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
Email: markwilson@mvalaw.com

*Attorneys for the Defendant InVue Security Products Inc.*

Robyn H. Ast-Gmoser (*Pro Hac Vice*)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
djinkins@thompsoncoburn.com
mbraunel@thompsoncoburn.com
rastgmoser@thompsoncoburn.com

**and**

Parker Poe Adams & Bernstein LLP

Eric H. Cottrell (N.C. Bar No. 21994)
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
P: (704) 335-9531
F: (704) 335-4476
ericcottrell@parkerpoe.com

*Attorneys for Plaintiff, Mobile Tech, Inc.*